**Robert E.L. Bonaparte, OSB #883411**
E-mail: bob@bb-law.net
SHENKER & BONAPARTE, LLP
1500 SW 1st Avenue, Suite 765
Portland, OR 97201
Telephone: (503) 242-0008
Facsimile: (503) 323-7360
Attorneys for Plaintiff Julian Marcellis

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| JULIAN MARCELLIS, | Case No. 3:17-cv-02019-AC |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| ALLSTATE INSURANCE COMPANY, | |
| Defendant. | |

**THE PARTIES HEREBY STIPULATE** and agree that the above-captioned matter has been fully compromised and settled between them and the same may be dismissed with prejudice and without attorney fees and costs.

Dated this 1st day of November, 2018.

| | |
|---|---|
| SHENKER & BONAPARTE, LLP | COLE, WATHEN, LEID & HALL, P.C. |
| /s/Robert E.L. Bonaparte | /s/Ryan J. Hall |
| Robert E.L. Bonaparte, OSB No. 883411 | Ryan J. Hall, OSB No. 030549 |
| Attorney for Plaintiff | Attorney for Defendant |

## ORDER OF DISMISSAL

**IN CONFORMITY** with the foregoing stipulation, this action is hereby dismissed with prejudice and without attorney fees and costs.

Dated: 11-2-18

_____
U.S. Magistrate Judge

**Presented by:**

SHENKER & BONAPARTE, LLP

　/s/Robert E.L. Bonaparte　
Robert E.L. Bonaparte, OSB No. 883411
Attorney for Plaintiff

**Approved for Entry:**

COLE, WATHEN, LEID & HALL, P.C.

　/s/Ryan J. Hall　
Ryan J. Hall, OSB No. 030549
Attorney for Defendant